AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00410 |
| JOHN MARON NASSIF | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 4/29/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __JOHN MARON NASSIF__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: __04/29/2021__

2021.04.29
14:28:41 -04'00'
*Issuing officer's signature*

City and state: __Washington, D.C.__     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __05/03/2021__, and the person was arrested on *(date)* __05/10/2021__
at *(city and state)* __CHULUOTA, FLORIDA__.

Date: __05/10/2021__

*Arresting officer's signature*

GREGORY J TARBERT  SPECIAL AGENT
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**UNITED STATES OF AMERICA**

VS.                                        CASE NO: 6:21-mj-1404

**JOHN MARON NASSIF**

AUSA: Karen Gable
FPD: Joshua Lukman

| JUDGE: | **THOMAS B. SMITH** United States Magistrate Judge | DATE AND TIME: | **May 10, 2021** 1:36 P.M. – 1:51 P.M. |
|---|---|---|---|
| Courtroom: | 6D | TOTAL TIME: | 15 minutes |
| DEPUTY CLERK: | T. LeGros | REPORTER: Order transcript: | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Juan Cabrera |

## CLERK'S MINUTES
## INITIAL APPEARANCE
### (Rule 5C - District of Columbia)

**Defendant was arrested today**

Case called, appearances made, procedural setting by the Court.
Court advises defendant of his rights, including Rule 20 rights.
Government advises defendant of the charges in the Complaint and potential penalties
Defendant requests court appointed counsel; Court appoints FPD for proceedings in the MDFL.
Government is not seeking detention.
Defendant orally reserves as to preliminary hearing
Defendant is released with conditions as set forth in the Order Setting Conditions of Release. Defendant is directed to appear via Zoom for his In-District Initial Appearance in the District of Columbia on May 17, 2021.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**UNITED STATES OF AMERICA**

VS.                                                       CASE NO: 6:21-mj-1404

**JOHN MARON NASSIF**

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this District in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on May 10, 2021.

THOMAS B. SMITH
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

IN RE:  Due Process Protections Act          CASE NO. 3:20-mc-20-J-32

## STANDING ORDER REGARDING
## DUE PROCESS PROTECTIONS ACT

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions.

The Clerk is directed to enter this order in all criminal cases pending on October 21, 2020, or filed thereafter.

**DONE AND ORDERED** in Jacksonville, Florida on December 1, 2020.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
Chief United States District Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                              **CASE NO: 6:21-mj-1404-TBS**

**JOHN MARON NASSIF**

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

John Maron Nassif, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from District of Columbia was held on May 10, 2021.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that JOHN MARON NASSIF is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant elects to have the preliminary hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that JOHN MARON NASSIF answer in the district court in which the prosecution is pending.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 10, 2021.

THOMAS B. SMITH
United States Magistrate Judge

Query   Reports   Utilities   Help   What's New   Log Out

BOND, CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:21-mj-01404-TBS All Defendants

| | |
|---|---|
| Case title: USA v. Nassif | Date Filed: 05/10/2021 |
| | Date Terminated: 05/11/2021 |

Assigned to: Magistrate Judge Thomas B. Smith

### Defendant (1)

| | | |
|---|---|---|
| **John Maron Nassif**<br>*TERMINATED: 05/11/2021* | represented by | **Joshua Roy Lukman**<br>Federal Public Defender's Office<br>201 S Orange Ave., Ste 300<br>Orlando, FL 32801-3417<br>407/648-6338<br>Fax: 407/648-6095<br>Email: joshua_lukman@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.P RESTRICTED BUILDING OR GROUNDS, 40:5104E.M VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Karen L. Gable**<br>US Attorney's Office - FLM*<br>Suite 3100<br>400 W Washington St<br>Orlando, FL 32801<br>407/648-7500<br>Email: karen.gable@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2021 | [1](#) | Arrest pursuant to Rule 5(c)(2) of John Maron Nassif from the District of Columbia. (PML) (Entered: 05/10/2021) |
| 05/10/2021 | [2](#) | Minute Entry for In Person proceedings held before Magistrate Judge Thomas B. Smith: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 5/10/2021 as to John Maron Nassif from the District of Columbia. (Digital) (PML) (Entered: 05/10/2021) |
| 05/10/2021 | [3](#) | ***CJA 23 Financial Affidavit by John Maron Nassif. (PML) (Entered: 05/10/2021) |
| 05/10/2021 | [4](#) | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to John Maron Nassif. Signed by Magistrate Judge Thomas B. Smith on 5/10/2021. (PML)** (Entered: 05/10/2021) |
| 05/10/2021 | [5](#) | **ORDER Setting Conditions of Release as to John Maron Nassif. Signed by Magistrate Judge Thomas B. Smith on 5/10/2021. (PML)** (Entered: 05/10/2021) |
| 05/10/2021 | [6](#) | **ORDER as to John Maron Nassif: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (PML)** (Entered: 05/10/2021) |
| 05/11/2021 | [7](#) | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to John Maron Nassif. Signed by Magistrate Judge Thomas B. Smith on 5/10/2021. (PML)** (Entered: 05/11/2021) |
| 05/11/2021 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to John Maron Nassif regarding your case number: 1:21-mj-410. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (PML) (Entered: 05/11/2021) |