# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JOHN MARON NASSIF,**<br><br>Defendant. | Crim. Action No. 21-421 (JDB) |

## ORDER

Upon consideration of [17] the United States' unopposed motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e); it is further

**ORDERED** that the United States may provide in discovery sealed materials, pursuant to [16] this Court's July 1, 2021 Protective Order; and it is further

**ORDERED** that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: July 26, 2021

1