UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-421-JDB |
| | : | |
| JOHN MARON NASSIF, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION FOR CONTINUANCE AND BRIEF STATUS REPORT**

The United States, by and through its attorney, and the defendant, by and through his attorney, James Skuthan (collectively, "the Parties"), respectfully submit this motion to continue the trial currently set for September 26, 2022, and state as follows:

1. On June 22, 2021, Defendant was charged by way of information with (Count One) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Two) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Three) Disorderly Conduct in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(2)(D); and (Count Four) Parading Demonstrating, or Picketing in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(G). ECF 12.

2. The defendant has been out on bond since his initial arrest on May 10, 2021. Defendant remains compliant with conditions of release.

3. On May 4, 2022, the parties appeared for video status conferences in this matter, and discussed posture of case and trial. The Court scheduled a trial for September 26, 2022 and scheduled a telephonic/video status conference for August 10, 2022. The Court also ordered the

exclusion of time under the Speedy Trial Act through August 10, 2022.

4. On June 21, 2022, the defendant filed a Motion to Dismiss Count Four of the Information and a Motion to Change Venue or Allow for Expanded Examination of Prospective Jurors. ECF 30 and 31. On July 7, 2022, defendant filed an unopposed supplement to his venue motion. ECF 33.

5. On July 19, 2022, the undersigned filed a response to defendant's motion to dismiss. ECF 34. On July 20, 2022, the undersigned filed a response to defendant's request change of venue and expanded examination of prospective jurors. ECF 35.

6. Since May 4, 2022, defense counsel has been advised of five separate global discovery productions to the defense Relativity workspace. (Global Productions 13 through 17.) As of July 11, 2022, 1,880,698 files have been provided to the defense Relativity database. Among other things, these documents include approximately 208 digitally recorded interviews; 1,011 FBI FD-302s; 61,301 tips; and the results of searches of 490 digital devise and 98 Stored Communication Act accounts. Over 24,000 files have been provided to the defense evidence.com video repositories. Corresponding indexes have also been made available. Additionally, as of this filing case-specific discovery has been provided via USAFx. Parties have maintained open communication to resolve potential discovery issues and remain compliant with issued protective order (ECF 16).

7. The parties jointly request a 30-day continuance of the September 26, 2022 trial for the following reasons: (1) the undersigned AUSA expects to be unavailable several days in August while she cares for a family member; (2) defense counsel hopes to re-urge motion for expanded juror questioning based upon use of questionnaire expected be used on September 27,

2022 jury selection in *United States v. Russell Dean Alford, Cause No. 1:21-cr-263-TSC*; and (3) both parties believe this time will allow for further production and review of discovery and could allow for possible resolution of this case.

WHEREFORE, parties respectfully request that the jury trial in this matter, presently scheduled for September 26, 2022, be continued for 30 days.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/
Graciela R. Lindberg
Assistant United States Attorney
Texas Bar No. 00797963
11204 McPherson Road, Suite 100A,
Laredo, Texas 78041
956-721-4960
graciela.lindberg@usdoj.gov

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

/s/ James T. Skuthan
James T. Skuthan, Esq.
First Assistant Federal Defender
Florida Bar Number 0544124
201 South Orange Avenue, Ste 300
Orlando, Florida 32801
Telephone 407-648-6760
E-Mail: jim_skuthan@fd.org
Counsel for the Defendant

3