UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN MARON NASSIF,<br><br>Defendant. | Criminal Action No. 21-421 (JDB) |

### ORDER

Upon consideration of [30] defendant's motion to dismiss Count Four of the Information, [31] defendant's motion for transfer of venue or, in the alternative, to allow expanded examination of prospective jurors, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [30] defendant's motion to dismiss is **DENIED**; and it is further

**ORDERED** that [31] defendant's motion for transfer of venue or, in the alternative, for expanded examination of prospective jurors is **DENIED.**

**SO ORDERED.**

/s/

JOHN D. BATES

United States District Judge

Dated: September 12, 2022

1