UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-00421-JDB |
| v. : | |
| : | |
| JOHN MARON NASSIF, : | |
| : | |
| : | |
| Defendant : | |

## GOVERNMENT'S NOTICE OF WITHDRAWL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Graciela R. Lindberg, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney DC
Bar No. 481052

By:     */s/ Graciela R. Lindberg*
Graciela R. Lindberg
Assistant United States Attorney
Detailee
Texas Bar No. 00797963
11204 McPherson Road, Suite 100A
Laredo, Texas 78045
956-721-4960
graciela.lindberg@usdoj.gov