UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :   Criminal No. 21-CR-421-JDB |
| | : |
| JOHN MARON NASSIF, | : |
| | : |
| Defendant. | : |

## JOINT STATUS REPORT

The United States, by and through its attorneys, and the defendant, by and through his attorney, James Skuthan (collectively, "the Parties"), respectfully submit this status report, and state as follows:

1. On June 22, 2021, Defendant was charged by way of information with (Count One) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Two) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Three) Disorderly Conduct in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(2)(D); and (Count Four) Parading Demonstrating, or Picketing in a Capitol Building in violation of Title 40 U.S.C. § 5104(e)(G). ECF 12.

2. The defendant has been out on bond since his initial arrest on May 10, 2021. Defendant remains compliant with conditions of release.

3. On September 20, 2022, based upon addition discovery produced to the defendant, the government extended a plea offer to the defendant. On October 5, 2022, the defendant rejected the government's plea offer, and advised that he wishes to proceed to trial, as scheduled,

on December 5, 2022.

4.    To date, all case-specific discovery has been produced, and as with all Capitol Riot cases, the government continues to produce Global Discovery to all defendants as it becomes available.

5.    The parties are aware of the pre-trial motions deadlines that the court set at our last status conference held on September 27, 2022.  Further, we will be prepared for a pretrial and status conference on November 7, 2022, at which time the defendant will advise the court if he wants a bench or jury trial, and the government will state its position on that request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____/s/_____
ELIZABETH N. ERIKSEN
Trial Attorney, Detailee
VA Bar No. 72399
U.S. Department of Justice, Criminal Division
Detailed to USAO-DC
(202) 616-4385
Elizabeth.Eriksen@usdoj.gov

By: _____/s/_____
BRIAN MORGAN
Trial Attorney
New York Bar No. 4276804
U.S. Department of Justice, Criminal Division
Detailed to USAO-DC
(202) 305-3717
Brian.morgan@usdoj.gov

By: _____/s/_____
JAMES T. SKUTHAN, ESQ.
First Assistant Federal Defender
Florida Bar #544124
Office of the Federal Defender - MDFL
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Office - 407-480-5048 x6143
Email – Jim_Skuthan@fd.org