IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JOHN MARON NASSIF,

DEFENDANT.

CASE NO. 1:21-CR-00421-JDB

REPLY TO GOVERNMENT'S RESPONSE TO
MOTION IN LIMINE TO PRECLUDE
REFERENCES TO OFFENSES AS MISDEMEANORS

The Defendant, John Maron Nassif, through counsel, hereby replies to the government's response, Doc. 51, to Mr. Nassif's motion in limine requesting "an order that the parties may not, and must instruct their witnesses not to, refer to any of the charged offenses as a 'misdemeanor' in the jury's presence," Doc. 45. The government appears to agree with the principle Mr. Nassif's motion is based on, *see* Doc. 51 at 4 (agreeing that the parties "may not argue to the jury about the potential punishment that the defendant will face upon conviction"), and the relief that he seeks, *see id.* at 3 ("the government does not plan to use the word 'misdemeanors' during trial, and will instruct its witnesses not to use that word"). The government volunteers that "[a]t most, the inadvertent use of the word "misdemeanor" would support a curative instruction that the jury is not to consider punishment." *Id.* at 4. Nevertheless, it asks the Court to deny the motion because, "[i]f an attorney or witness inadvertently uses that word, . . . there should be no

sanction imposed." *Id.*

Mr. Nassif's motion says nothing of sanctions *or* curative instructions, so neither possibility supports denying the motion. The pretrial order he requests is well supported by a fundamental precept about the jury's role, which the government does not dispute, and his motion in limine should be granted; indeed, the government offers no reason to deny it. Mistakes may happen—and if they do, the Court can take appropriate steps to prevent foreseeable harm.

Mr. Nassif and his counsel recognize that he would face significant penalties upon conviction. The charges are serious, and the motion in limine reflects that fact. The government has given the Court no reason to deny Mr. Nassif's motion, and the Court should reject the government's unsupported opposition and grant the motion.

    Respectfully submitted,

    A. Fitzgerald Hall
    Federal Defender, MDFL

    */s/ James T. Skuthan*
    James T. Skuthan
    First Assistant Federal Defender
    Florida Bar No. 0544124
    201 South Orange Avenue, Suite 300
    Orlando, FL 32801
    Telephone: 407-648-6338
    Fax: 407-648-6095
    E-Mail: jim_skuthan@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022, I electronically filed the foregoing via this Court's CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ James T. Skuthan*
James T. Skuthan, Esq.
Attorney for Defendant
