IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.  CASE NO. 1:21-CR-00421-JDB

JOHN MARON NASSIF,

DEFENDANT.

_____

## TRIAL EXHIBITS FOR DEFENDANT

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 1 | videos_10225073568643788.mp4 | | | |
| 2 | 0600 USCG 00 NW Drive Exit TIMP - 2021-01-06_17h40min03s.mp4 | | | |
| 3 | 0600 USCG 00 NW Drive Exit TIMP - 2021-01-06_18h13min30s.mp4 | | | |
| 4 | 0600 USCG 00 NW Drive Exit TIMP - 2021-01-06_18h29min58s.mp4 | | | |
| 5 | 0600 USCG 00 NW Drive Exit TIMP - 2021-01-06_18h46min21s.mp4 | | | |
| 6 | 0946 USCS RF Northwest Roof - 2021-01-06_18h43min20s.mp4 | | | |
| 7 | 0930 USCG 00 Upper Terrace NE - 2021-01-06_18h59min15s.mp4 | | | |
| 8 | 0930 USCG 00 Upper Terrace NE - 2021-01-06_19h14min54s.mp4 | | | |
| 9 | 0600 USCG 00 NW Drive Exit TIMP - 2021-01-06_19h35min05s.mp4 | | | |
| 10 | 0929USCG00UpperTerraceNE_2021-01-06_14h56min20s767ms.mp4 | | | |
| 11 | 0930 USCG 00 Upper Terrace NE - 2021-01-06_19h58min20s.mp4 | | | |

| | | | | |
|---|---|---|---|---|
| 12 | 0953 USCS RF Northeast Roof - 2021-01-06_19h55min41s.mp4 | | | |
| 13 | 0613USCG00NorthScreeningEntrance_2021-01-06_15h00min00s777ms.mp4 | | | |
| 14 | 0217 USCG 00 Upper Senate Door - 2021-01-06_20h01min13s.mp4 | | | |
| 15 | 0951 USCS RF East Roof - 2021-01-06_20h00min00s.mp4 | | | |
| 16 | 0952 USCS RF Northeast Roof - 2021-01-06_20h00min01s.mp4 | | | |
| 17 | 0933 USCG 00 CVC Elevator Tower North - 2021-01-06_19h59min57s.mp4 | | | |
| 18 | 7029 USCS 02 Rotunda Door Interior-2021-01-06_15h09min00s000ms.mp4 | | | |
| 19 | 7216 USCH 02 Rotunda Lobby East Stairs-2021-01-06_15h09min00s000ms.mp4 | | | |
| 20 | 0686 USCH 02 Rotunda Door Interior-2021-01-06_15h09min00s000ms.mp4 | | | |
| 21 | 0933 USCG 00 CVC Elevator Tower North - 2021-01-06_20h20min18s.mp4 | | | |

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

*/s/ James T. Skuthan*
James T. Skuthan, Esq.
First Assistant Federal Defender
Florida Bar No. 0544124
201 South Orange Avenue, Suite 300 Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: jim_skuthan@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2022, I electronically filed the foregoing via this Court's CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ James T. Skuthan*
James T. Skuthan, Esq.
Attorney for Defendant
