IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.    CASE NO. 1:21-CR-00421-JDB-1

JOHN MARON NASSIF

_____/

NOTICE OF FILING

Defendant John Maron Nassif, through undersigned counsel, files the attached letters of support and military records to be used at sentencing.

Dated this 19th day of April 2023.

    Respectfully submitted,

    A. Fitzgerald Hall, Esq.
    Federal Defender, MDFL

    */s/ James T. Skuthan*
    James T. Skuthan, Esq.
    First Assistant Federal Defender
    Florida Bar Number 0544124
    201 S. Orange Avenue, Ste. 300
    Orlando, Florida 32801
    Telephone: 407-648-6760
    Facsimile:   407-648-6095
    E-Mail: jim_skuthan@fd.org
    Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April 2023, a true and correct copy of the foregoing was furnished by using the CM/ECF system to the Clerk of the Court, which will send notice of such filing to all counsel of record.

*/s/ James T. Skuthan*
James T. Skuthan, Esq.