IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                        CASE NO. 1:21-CR-00421-JDB-1

JOHN MARON NASSIF

_____/

LETTERS OF SUPPORT AND MILITARY RECORDS

**Letters of Support** ................................................................................A
Rose Nassif Travers, sister ....................................................................A-1
Carl Anderson, landlord .........................................................................A-2
Sheila Pate, family friend ......................................................................A-3
Benjamin Vasquez, friend.......................................................................A-4
Regina Hutto, friend...............................................................................A-5
Michael Brady, friend.............................................................................A-6
Scott VanDeventer, friend ......................................................................A-7
Lori Smith, friend...................................................................................A-8
Dr. Linda Trocine, friend .......................................................................A-9
Lillian Pressley, friend ...........................................................................A-10
Judy Wagner, friend................................................................................A-11
Rhonda Pahlka, friend ............................................................................A-12

**Military Records** .................................................................................B
Military Identification.............................................................................B-1
DD Form 214 .........................................................................................B-2
Army/American Council of Education Registry Transcript (AARTS)...............B-3
Army Achievement Medal: April 19, 1986 ............................................B-4
Army Certificate of Promotion: April 20, 1987 ....................................B-5
Army Achievement Medal: June 6, 1987................................................B-6
Army Achievement Medal: July 20, 1988...............................................B-7
Army Commendation Medal: January 11, 1993 .....................................B-8
Honorable Order of Saint Barbara: August 6, 1995 ..............................B-9

**Photographs**.........................................................................................C

The Honorable Judge John D. Bates

United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001
USA

February 28, 2023

Dear Honorable Judge John D. Bates:

My name is Rose Nassif Travers and I am one of John Nassif's older sisters.  John Nassif is someone you will be sentencing on March 13th for being in the Capitol building on January 6, 2020.

With this letter, I wish to attest to my brother's character.

I have been living in Switzerland since 1991.  Up until 2017, I made efforts to visit my family members on a regular annual basis.  Missing maybe one or two years but I did my best to visit all my relatives living on the East Coast each time, including my brother, John. He always welcomed me with open arms and I could see how much he loved and cared for his three sons.

John is a very intelligent and talented person who is a self-taught man – whether that be regarding his musical talent or business. He has been able to teach himself how to play drums, piano and harmonica.  For someone as myself who went the more academic route, studying music at Boston University, I am proud of John's accomplishments and self-drive and I have enjoyed watching many of his live performances. He is a natural but someone who has always been willingly to sacrifice his music involvement in order to provide for his family.

Providing for his family has been very important for John, as I would say that he did not want to turn out like our own father.  When my parents divorced and child support was required to be paid to my mother, he refused to do so, paying only $1.00/ month in spite.  This left 5 children aged 3-15 years old with my mother working 3 jobs struggling as a nurse and self-employed teacher to pay the bills as best she could.  In my eyes and, I believe in John's eyes too, she was our hero and my father-quite the opposite.

There were other upsetting reasons why my father was not a good role model, which I will not go into here.  Despite all of it, however, when my father came down with cancer, my brother John was there for him.  My father was in and out of the hospital several times for surgery.  One time was particularly difficult as it became clear that the staff were not necessarily doing all they could to keep my father alive.  Thanks to John and other family members who confronted the hospital staff, he did live on for many years.

After yet another surgery, I was in Florida visiting my father in the hospital and I couldn't have been prouder to see how well John cared for him: Doing all my father's errands, being his confidant, speaking to the medical staff to make sure his needs were attended to and making sure that he kept in good spirits. After this particular stay, my father was healthy enough to return home, but instead of moving back into his trailer, John took care of him in his own home. Doing so helped to prolong his life once again.

This desire to help people in need or crisis epitomizes a key driver in my brother John.  At my own wedding in Switzerland – where no one knew anyone but the bride and groom, John used all his talents – his ability to entertain, welcome people and make them feel comfortable as well as come to my rescue at every point when I needed someone to work out glitches in late flowers being delivered, payment issues with the group bus driver and turning into the evening's DJ. I always considered him as my male maid of honor that day - my top-notch right-hand man.

Important to note as well: I have never seen him physically hurt or threaten to hurt someone, regardless of the circumstances.  On a visit a few years after this wonderful wedding event, in which everyone got along, I visited both John and my father at John's home.  I cannot remember the specific discussion point but do remember my father got angry at me, lunging at me with his cane.  I think he must have been around 80 years old.  John got him to sit down and I then went out of the house for a walk, upset about what he had said.  John quickly joined me to make sure I was okay. And that was that.

With this testimony and stories shared, I hope to shed some light onto the person I am proud to stand by and support.  Not just because he is my brother, but because he is a decent human being.

Sincerely,

Rose A. Nassif Travers

███████████████████

████████████

Switzerland

Tel. ██████████████  / rose@███████████████

April 17, 2023


Honorable Judge John D. Bates:


My name is Carl E. Anderson and my wife Rosalie of 48 years have resided at ███
████████████████████ Fl 32766 for 35 years.


We operated a full-service septic tank service for 38 years and then sold the company to long time employees Charlie Diaz and Jeff Califar.  I also served 6 years in the Florida National Guard and was honorably discharged.


My wife and I have known John Nassif for the 7 plus years he has lived on our property in a 2-bedroom garage apartment.  He has proved to be an honest, hard-working person and has always kept his word, paid his way and has been a good friend of the family. He keeps up the yard, mowing, weed eating and clean up on about 2 acres of maintained areas as a large portion of his monthly rent.  He is always available to help in any way needed by Rosalie and myself.  I have never known him to have a drug or drinking problem, have never had an argument or disagreement in the 7 plus years he has lived here.


I would ask from my heart that you show compassion and mercy in your disposition of the charges against him.


Respectfully.

*Carl E. Anderson*

Carl E. Anderson

Honorable Judge John D. Bates,

My name is Sheila Pate.  I am a retired military wife of 26 years and currently serve on the Executive Committee of the Aiken County Veteran's Council in Aiken, SC. I also volunteer with VFW Post #5877, the Memorial Day Parade committee and many other veteran groups.  I have known John Nassif since 1987. We met through a mutual friend, dated for a few years, and have remained very close throughout our lives.

John has always been considered a part of our family as he has been involved throughout the years with my immediate and extended family, as I am his,  He was an Army Reservist when we met, and very proud of his service,  He loved nothing more than serving his country.  He was always a dedicated employee and was looked up to by his employees. He is extremely responsible and always good for his word. He will go above and beyond for a friend.  Anyone would be blessed to have him in their lives.  He is very close to his Mom, and being that she is 87, she weighs heavily on his mind. She was a single mother of 5 and did a wonderful job raising them all without much help from his Dad.  Considering how poor the relationship was between John and his Dad, he still rose above his own personal feelings and took care of his Dad in his final years.  Not an easy feat I promise!  John has always done his very best to do the right thing under all circumstances. John always pushes through adversity and comes out ahead in a most positive fashion.

In closing, I know you will take deep consideration when deciding on our ruling.  I ask you also consider his Mother, as she needs John's assistance.

Respectfully,

Sheila Pate

April 7, 2023

Honorable Judge John D. Bates,

My name is Benjamin (Ben) Vasquez. I am a facility manager for a large industrial gas production facility in Mims, FL. We produce medical grade liquid oxygen & nitrogen for hospitals, as well as liquid industrial grade argon. We actually produce the propellant liquid oxygen for the rockets that launch from Cape Kennedy, FL. I moved my family to Florida in 2012 from Alabama, where I worked in the same industry.

I am writing to you to tell you about my good friend, John Nassif. I have known John for about five years now and I'm honored to call him my friend. I met him through my hobby and favorite pastime, making music and performing live at various small venues that include fish camps, parties, restaurants, and night clubs. John and I quickly became friends as we shared the same passion for music. I quickly learned that he is a humble and God-Fearing man who is very spiritual and lives a simple life. I have often & personally witnessed that he is generous with his time and always helps people (even strangers) with both labor and good advice. I am currently going through some tough cancer treatments (chemotherapy & radiation), as I have been diagnosed with squamous cell carcinoma located in my throat. John always finds a way to lift my spirits even when I'm feeling down. He never puts his feeling ahead of others, he's always respectful and listens to people with empathy. John is an honest person with a high degree of integrity. If John commits himself to helping someone, he follows through… he's a man of his word. A few months ago, I had a music commitment in Cocoa Beach, FL at a small place near the beach (Jumps Tiny Tavern) and the small business owner was having some technical problems with his sound system. The electronics issue was complex, but John took the time to troubleshoot and repair the issues. John would not accept any money from the owner for his time and labor. I've witnessed this type of help from John many times, he is patient and generous. In addition to his fine human qualities, John is a very talented individual. He is an incredible musician and singer.

Your Honor, I pray that you find it in your heart to show mercy on Mr. John Nassif. May God bless you.

Respectfully,

Benjamin Vasquez

█████████████

███ FL 32754

████████████

███████████████

Honorable Judge John D. Bates,

My name is Regina Hutto. I am a US Citizen from Longwood, Florida. I am a married to a Veteran (NDAV).  We have three incredible successful adult children along with 5 beautiful grandchildren. I spend the majority of my time helping with the community group that I organized that assists around six thousand people in our area, as well as helping with our grandchildren. My husband, who recently received his Doctorate, works from home except when traveling for an international company that is based out of the Washington area. Most people see our family as very traditional.

I have personally known John Nassif for over 25 years. We came to know one another when we were both managers at Bank of America(BOA) in 1992. I was pregnant with my youngest child. He was asked to manage my office while I was on maternity leave. He was new to BOA and I was the number 1 manager at the time. I was apprehensive initially because John wasn't

seasoned yet. He did a phenomenal job and I quickly learned that he was going to be my fiercest competition when I returned in performance. He also became my best friend. He was so genuine with my associates and my clients. Everyone loved him. I appreciated that.

I became regional management for the bank and often called on John to help mentor other manages. He regularly facilitated training classes because he had a way of helping bankers see how to focus on truly helping their clients, not just getting a sale. Which by the way, increased their sales. Everyone loved him. He was always a top performer in both sales and service. Thats just professionally.

Personally, John is one of a kind. We have seen each other go through a lot of personal ups and downs and John is the guy that will always be there for his friends. He has served our country which he loves. He loves helping people. He took in his ex wife to keep her from being homeless. If you knew how much they didnt like

each other, you would understand the level of humanity that this act took. Few men have that in them. I have watched him play Taps on his horn on the front lawn for a mourning family as we delivered Christmas to their family after their military dad passed away. And he played the wedding march on harmonica at my son's beautiful wedding 5 years ago.

Over all of these years, I have witnessed John make friends with every race, religion, sexual orientation, nationality, and any other way you so choose to categorize people. He connects to people through their willingness to be open minded, thought provoked, a love of music, humor, and other common interest. I have never once in over a quarter of a century heard of a single time John did anything to intentionally hurt, physically or otherwise anyone. He cares deeply about the things that are important to him.

It is often said that until you have walked in a man's shoes, you can't judge the choices he

makes or the life he lives. Well, I haven't walked in John's shoes, but I can tell you I am a wife, mother, grandmother and US citizen. And as all of those things, I am proud of John Nassif and wish him nothing but the best. I know him, as well or better than anyone. He will sit well in front of his Ultimate Judge one day. For that I am certain. I ask that Your Honor be favorable towards John. I ask for your mercy.

Respectfully.

Regina Hutto
████████████████████
██████████FI 32779
407-████████████

Michael Brady

FL  32765

PH:

Email:

4/16/2023

To the Honorable Judge John D. Bates,

My name is Michael Brady. I would like to begin by telling you a little
about me.  For the last 20 years, I have been a High School science
instructor in Orange County FL.  Prior to that, I was employed in the
private sector as a junior executive with a national health care
corporation (Humana).  During that time, I also was an officer in the
U.S. states Army Reserves    MOS  68 J - Medical Logistics Specialist.
Currently, the highlight of each week is as a volunteer at my church with
our Teen small group. I met John Nassif while volunteering at a
community event in Oviedo FL in 2018.    It was my first time there and
I did not know anyone.  The coordinator had not yet arrived, so I had to
wait patiently.   As I stood in the area where we were to meet, John
approached me with another person that he had found wandering
around; he asked if I needed assistance – Indeed, I did.   Subsequently,
John became one of the designers to set up our table and tent for our
community events.   As time passed, it became evident that John & I
shared many similar interests - he has also on numerous occasions
encouraged me during some of my difficult days being a public-school
educator and businessman.

Over the last five (5) years, I've known John to be a very knowledgeable
person in a variety of fields in addition to being very knowledgeable

regarding current events.  In fact, John has become one of the people from whom I sometimes solicit business advice.  I've also witnessed John during a club meeting in 2021 stand up to others who were willing to forego established rules and norms during elections so as not to establish an unwarranted precedent. Since that time, what John was warning the group about has come to fruition.

I see John as an upstanding member of society; a person very willing to assist anyone in need.  John is an independent thinker whose go – getter / take charge attitude is a trait that others in society would benefit by emulating.   Because John has made numerous positive contributions within his sphere of influence, I ask that you be lenient in your sentence. I want to express my sincere gratitude for your taking   the time to learn about John from my perspective.  If you require additional info, I can be contacted by either the Email address and/ or the phone number given above.

Sincerely,

Michael Brady
MSPH

Honorable Judge John D. Bates,

My name is Scott VanDeventer. I am presently retired with the exception of doing some volunteer work getting medical equipment updated to send to a Kenyan hospital for deployment. I have known John for over 3 years and have worked closely with him during that time. In my opinion, John is extremely honest and hardworking. He worked as essential personnel during Covid-19 and worked in Covid-19 hospital wards installing lifesaving equipment with no concern to himself, only wanting to help others. When working side by side in those situations you get to know someone very well.  I also know that he always followed up with me during work related projects and worked diligently to get the job done.

I would humbly ask, on John's behalf, for your mercy during sentencing.

Sincerely,
Scott VanDeventer
████████@yahoo.com
(407) ████████

April 18, 2023

Honorable Judge John D. Bates

My name is Lori Smith.  I am currently enjoying retirement.  The latter part of my career I was successfully self employed.  I invested in real estate; buying, refurbishing, leasing, selling.  Prior to real estate I was in law enforcement employed by The Hermiston Police Department, Hermiston, OR under the guidance of Chief Shannon.  I helped launch a diversion program for first time youth offenders offering counselling and community service in leu of juvenile incarceration.  I also provided drug and alcohol training in the local schools and at community events.  I developed a great ability to "read" an individual's character.

I was aware of John Nassif long before we were introduced.  I am a music enthusiast.  I observed John's talents and kind demeaner at music events.  He is always smiling and has a gift of bringing joy with his music to everyone in his path.  I have personally watched him guide and protect a close friend of mine who struggled with temporary memory loss of lyrics and guitar chords due to a cancerous tumor in his head.  John would watch him, then just "take over" and nobody knew the difference.  I am eternally grateful for John's discreet compassion.

I've seen John volunteer to help his friends with landscaping, financial advice, remodeling a local business and assisting with

hurricane flooding.  No job is beneath him.  He is generous, joyful and honest.  I am proud to call John my friend.
When I was introduced to John Nassif I was not aware of his judicial involvement.  I grew to appreciate John for being his authentic self.  When I learned of his past it did not change my feelings one bit!  He has earned the nick name of "Big John".  He thinks it because of his physical size.......in reality I call him "Big John"  because of his BIG heart.

Please consider the goodness of this man in your judgement.

Respectfully,

Lori R Smith

April 10, 2023

To:      Judge John D. Bates

From:  Linda Trocine, Ph.D.

Re:      **John Nassif**

Honorable Judge John D. Bates,

Thank you for reading and considering the following.

John Nassif has been a volunteer in the local Republican Party in Seminole County (RPSC) these past few years. This is how I've come to know John. I first met John shortly after I was elected to serve as Chairman in December 2018 of the RPSC. As a County Party Chairman, it's my job to identify, recruit, train and deploy the best individuals to volunteer to help Republicans win elections, particularly in local races. Our county is a "battleground" county, meaning that we volunteers are the difference between winning and losing in many elections.

I became involved in the Republican Party beginning in 2008 when I was alarmed at the prospect of the rejection of long held American values by the opposition party. At the time I was a Senior Scientist on contract with NASA to restore America's leadership in human spaceflight and human exploration. The Constellation Program was focused on bringing astronauts to the International Space Station, then to return humans to the moon, and then to eventually build a lunar base that could be used to send humans to the planet Mars.

In 2010, President Obama cancelled the Constellation Space Program, of which I was serving in the Discrete Event Simulation Modeling & Analysis Center at NASA's Kennedy Space Center. The result of the President's unilateral move was to cede human spaceflight to the Russians. That was when I resigned from my contract position and got involved in Republican Party volunteer work in earnest. During the past 14 years of volunteering in the local Republican Party, I've become a master at discerning which people that show up are here to help Republicans win and which ones are not (for myriad and various reasons).

In January 2019 or so, I recruited John to be on my team; he was a newer RPSC member that I had not met before. John was clearly quite intelligent, capable, and willing to help. I describe volunteers like John as 'assets.' Assets are reliable: when John signed up to do field work he always showed up with a smile, with patriotism, with a servant's heart, and a love of country. John spent countless hours every month setting up, taking down, and staffing the Republican Party's booth at Farmers' markets and other community events. He was always interested in respectful dialog with voters and asked many questions of voters to plant seeds to consider their values and positions on issues that elected representatives decide. He asked the same thoughtful questions of many candidates, too.

While I had many advisers helping me with many aspects of running an all-volunteer, donor-funded organization, John gave me key advice at critical moments. For example, when I was struggling to get one officer in alignment with the RPSC mission, John's Biblical wisdom came through. He let me know that the essence of this particular matter was that "a man can only have one master" and that this officer had some other master she was serving. This was key advice at an important time, for which I am grateful.

I also tapped John to serve as sergeant-at-arms during our membership meetings. John has a calm and soothing presence and was attentive to ensuring our gatherings were peaceful, respectful, and undisturbed by nonmembers.

John's volunteer work was instrumental in Republican victories in 2020, in which Seminole County voted for Republican candidates in eleven out of twelve contested local partisan races.

As the leader of an all-volunteer organization, I also knew it was important for us volunteers to have fun and get to know each other personally. Treating each other with humanity is otherwise lacking among politicos these days. And I made sure to have the RPSC socialize when we could. John Nassif's talents shone through. He has been a member of a local band called *The Black Hammock Band*. He plays harmonica and is quite talented! He let me know when the band would be performing and we volunteers would show up and listen to John's music. These were many fun times for us. His band is locally celebrated and well known. John arranged for his band to perform at picnics and other community events, too, where voters could meet and hear from candidates. This is how politics is supposed to be. And he was a leader in bringing people together for food, fellowship, fun and entertainment.

I am forever grateful for his role in helping us preserve the great quality of life we have enjoyed for decades in Seminole County, Florida.

John is a man of principle.

I implore you to show Mr. Nassif mercy in the sentencing. John is an asset to his friends, to his musical audience, and to America.

Respectfully,


Dr. Linda Trocine
Geneva, Florida

April 6, 2023

Honorable Judge John D. Bates,

My name is Lillian Pressley.  I am currently retired from Orange County Public Schools where I proudly served for 30 years, but I continue to be an ADDition's volunteer at Lake Sybelia Elementary.  I had the pleasure of meeting John Nassif at an open mic where he was playing his harmonica. Music is in my heart and soul.  I remember smiling and embracing the love of music as he played.

I saw John play several times before I approached him and told him how awesome he was playing his harmonica.  That was the start of our beautiful friendship.  Over the years I have found John to be one of the nicest, kindest and honest people I know. He is so caring of other people whether he knows you or not. Being around him brings joy to your heart.  He is funny and just so talented. What a great combination.  I am so blessed to call him my friend.

I am asking for mercy for John. Someone like him brings joy to so many others.  Please don't take that away.

Sincerely,

Lillian Pressley

Judy Wagner

███████████

████████ FL 32766

April 10, 2023

To Whom It May Concern:

I have known John Nassif for the past two years. He was the first person to welcome me and he has gone out of his way to not only be a good neighbor but a good friend. In terms of John's character, he is the type of individual you could trust with your home and finances. I remember once my husband was out of town, and I needed assistance. John dropped everything he was doing to help me. Our family was grateful and appreciative that he aided that way. Whether small or large, John is the type of person you can rely on. He will spare nothing to assist another person in need. His arms are always open in friendship. It is hard to find the words to adequately describe John's character and commitment to decency. While I find the necessity for writing this letter unfortunate, I ask that you extend the greatest possible leniency.

Sincerely,

*Judy Wagner*

Judy Wagner

Dear Honorable Judge John D. Bates,                    4-17-23

My name is Rhonda Pahlka. I am the owner of "Rhonda's Neighborhood Bar" in Sanford, Florida. I would like to articulate that my place is more than just an ordinary bar. Because of my passion for helping others, I have created a venue that has had a myriad of fund-raisers to provide financial assistance to individuals and families in need for over 11 years. As a result, I have gained the respect and admiration from my community, and was nationally recognized by "Bar Rescue" and featured on their popular TV show.

Your Honor, I have met thousands of people over the years, therefore, I have an innate ability to easily understand the true thoughts and feelings of someone by looking at how that person acts or behaves. And so, the reason for writing this letter is to share my valuable opinion about John Nassif.

I first met John Nassif on January 3rd 2023 when he performed onstage at my establishment. I immediately recognized that John was an excellent harmonica player + vocalist and you could tell he absolutely loved music + people. His talent, silly jokes, and contagious laugh captivated the audience. Each week he continued to perform at my bar, bringing other musicians with him to play as well. Everybody loves John Nassif! He is a gentle giant with a heart of gold. If I was to describe John in one word it would be GENUINE. He truly cares about people. He's always the first one to offer help... even to strangers.

2

John also became my business consultant. His Knowledge and expertise has been valuable to my organization in so many ways. His visual thinking, rational thought, emotional intelligence and decision-making has increased efficiency and profitability. And his positive attitude is infectious! My entire staff adores him!

John went from an acquaintance to an ally to a TRUE FRIEND of mine. He helped me through a family crisis that might have turned out much differently if it wasn't for John. He reminded me to simply "breathe" and stay calm. He would send me songs + scriptures to uplift me. He shared his own personal struggles and how he overcame them with forgiveness and peace in his heart.

In just a few short months, John Nassif, has become one of the most important individuals in my life. I trust him 100%, because he is honest and reliable. He's generous and loyal. He sets an example for others and this world needs more positive role models like John Nassif.

Your Honorable Judge, I am literally begging you to have mercy on this respectful man. Please find it in your heart to have leniency on John's sentencing. He has so much more love and compassion to share with our society. I am so grateful to have the opportunity to write this letter and I thank you for reading it in its entirety.

Sincerely Yours

Rhonda Pahlka

Rhonda Pahlka

████████ mail.com   C-407 ████████



BTRY A7 TNG BN TRADOC TC                          FT SILL OK

KISSIMEE FL 32741

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR (X) | MON (X) | DAY (X) |
|---|---|---|---|---|
| | a. Date Entered AD This Period | 84 | 08 | 24 |
| 13E10 CANNON FIRE DIRECTION SPECIALIST// | b. Separation Date This Period | 84 | 12 | 09 |
| NOTHING FOLLOWS | c. Net Active Service This Period | 00 | 03 | 16 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 03 | 14 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 84 | 05 | 10 |
| | i. Reserve Oblig. Term. Date | 90 | 05 | 09 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

ARMY SERVICE RIBBON//    SHARPSHOOTER (RIFLE M16)//EXPERT (HAND GRENADE)//NOTHING
FOLLOWS

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)

NA

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO | 17. DAYS ACCRUED LEAVE PAID 9.0 |
|---|---|---|

18. REMARKS

NOTHING FOLLOWS

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
|---|---|
| 33 TITICUT RD RAYNHAM MA 02767 | SENT TO  MA  DIR. OF VET. AFFAIRS ☒ YES ☐ NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| *John The Third* | L.D. BRUNK, SGM, USA, C, TRANSFER POINT |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Includes upgrades) |
|---|---|
| RELIEF FROM ADT | HONORABLE |
| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENLISTMENT CODE |
| PARA 16-9a DR-b, AR 635-200 | MCD | NA |



**ARMY/AMERICAN COUNCIL ON EDUCATION**
**REGISTRY TRANSCRIPT**

RECEIVED

**ISSUED:** 10/21/2009                 ** INSTITUTIONAL COPY **          OCT 29 2009          Page 1

BY          *N.M.*

*Future Start*
*11/11/2009*

PRIOR LEARNING ASSESSMENT CTR          **NAME:** NASSIF JOHN MARON
KAPLAN UNIV                            *STUD ID#*          **SSN:** ▮▮▮▮▮▮▮
6301 KAPLAN UNIVERSITY AVE             *16070760*          **RANK:** STAFF SERGEANT, E6
FORT LAUDERDALE FL 33309-1905                              **STATUS:** INACTIVE

OFFICIAL COLLEGE TRANSCRIPT

**AARTS ID:** 2009-WO158797

### MILITARY COURSE COMPLETIONS

**COURSE:** BASIC TRAINING                                          **ACE GUIDE NUMBER**
         (RECRUIT TRAINING)                                          AR-2201-0197
         DATE: 05/1984 (See "Explanation of Record")
**DESCRIPTION:**
To provide training for all enlisted personnel who have had no previous military service.
Course taught: Discipline, Spirit and Basic Combat Skills and includes Drills and Ceremonies,
Alcohol and Drug Abuse, Rape Prevention, Personal Health, First Aid, Personal Affairs, Basic
Rifle Marksmanship, NBC Warfare Defense, Introduction to Individual Tactical Techniques, U.S.
Weapons Training, Marches, Bivouacs, Tactical Training, Physical Fitness Training,
Reenforcement, and Equal Opportunity.
**ACE CREDIT RECOMMENDATION:**
Evaluation of this course is pending receipt of certified copies of your personnel record to
include a Certificate of Training for Basic Training, Enlisted Records Brief (ERB) or
Personnel Qualification Record (PQR) and an official copy of your DD Form 214.  These records
need to be sent directly to the AARTS Operations Center, 298 Grant Ave., Fort Leavenworth, KS
66027-1254 from the National Personnel Records Center in St. Louis.  You may request all of
these records through the following web site:  http://vetrecs.archives.gov.

**COURSE NUMBER:** 2E-F71/250-F16                                   **ACE GUIDE NUMBER**
**TITLE:** BATTERY COMPUTER SYSTEM CADRE (RESERVE COMPONENT)         AR-2201-0383
**LOCATION:** FIELD ARTILLERY SCHOOL  FT SILL, OK
**DATES TAKEN:** 01/25/1987-02/13/1987
**DESCRIPTION:**
UPON COMPLETION OF THE COURSE, THE STUDENT WILL BE ABLE TO CONNECT THE VARIOUS COMPONENTS OF A
MOBILE UNIT COMPUTER SYSTEM, PERFORM PROPER PROCEDURE TO POWER-UP AND LOAD COMPUTER PROGRAMS,
INITIALIZE AND CONSTRUCT DATA BASES, PERFORM PROCEDURES NECESSARY TO PROCESS FIRE MISSIONS,
AND TRANSMIT GUN COMMANDS IN AN AUTONOMOUS MODE OF OPERATION. THIS IS PRIMARILY A HANDS-ON
COURSE PROVIDING TRAINING IN USE AND TROUBLESHOOTING TECHNIQUES FOR THE BATTERY COMPUTER
SYSTEM.
**ACE CREDIT RECOMMENDATION:**
CREDIT IS NOT RECOMMENDED BECAUSE OF THE LIMITED, SPECIALIZED NATURE OF THE COURSE (6/89).

**"The Federal Family Educational Rights and Privacy ACT (FERPA) Prohibits further release of
this record without the written consent of the individual"**

AARTS ID: 2009-W0158797

NAME: NAESLEF JOHN MARON

SSN: ▆▆▆▆▆▆

---

**COURSE NUMBER:** BNCOC

**TITLE:** BASIC NONCOMMISSIONED OFFICER (NCO) (RESERVE COMPONENT) (PHASE I) COMMON LEADER TRAINING

**ACE GUIDE NUMBER**
AR-2201-0337

**LOCATION:** USA RESERVE FORCES SCHOOL  TAMPA, FL

**DATES TAKEN:** 01/09/1993-03/07/1993

**DESCRIPTION:**

UPON COMPLETION OF THE COURSE, THE STUDENT WILL BE ABLE TO PROVIDE LOWER-LEVEL LEADERSHIP TO UNITS OF UP TO 35 PERSONS. THE COURSE INCLUDES LECTURES, DEMONSTRATIONS, AND PERFORMANCE EXERCISES IN SUPERVISION, TRAINING, AND COUNSELING.

**ACE CREDIT RECOMMENDATION:**

IN THE LOWER-DIVISION BACCALAUREATE/ASSOCIATE DEGREE CATEGORY, 1 SEMESTER HOUR IN LEADERSHIP (2/92).

---

### TEST SCORES

NONE

---

### MILITARY EXPERIENCE

**MILITARY OCCUPATIONAL SPECIALTIES HELD:** 13E20 PRIMARY  06/1987-03/1992
13E30 PRIMARY  12/1991-03/1997
13E10 DUTY
13E30 DUTY

**SQT (THRU OCT 1991)/SDT (NOV 1991 THRU FEB 1995) TAKEN:** NONE

---

**MILITARY OCCUPATIONAL SPECIALTY GROUP:** 13E (PRIMARY)

**ACE GUIDE NUMBER:**
MOS 13E-003

**TITLE:** CANNON FIRE DIRECTION SPECIALIST

**DESCRIPTION OF 13E20:**

USES GRAPHS, TABLES, AND MAPS FOR COMPUTING FIRING LOCATIONS, ANGLES, ALTITUDES, CORRECTIONS, AND DISPLACEMENTS; CONSTRUCTS FIRING CHARTS; COMPUTES METEOROLOGICAL, REGISTRATION, AND MUZZLE VELOCITY CORRECTIONS; OPERATES GUN DIRECTION COMPUTER (FADAC) OR CHRONOGRAPH; INSTALLS AND OPERATES FIELD WIRE TELEPHONES AND SWITCHBOARDS; OPERATES AND MAINTAINS VEHICLES, SECTION EQUIPMENT, AND GENERATORS; MAINTAINS SITUATION MAP, FIRE SUPPORT RECORDS, REPORTS, AND OVERLAYS; USES OPTICAL INSTRUMENTS, MIL RELATION FORMULA, AND DATA FOR FIRING WEAPONS FROM STANDARDIZED TABLES.

**ACE CREDIT RECOMMENDATION FOR 13E20:**

IN THE LOWER-DIVISION BACCALAUREATE/ASSOCIATE DEGREE CATEGORY, 2 SEMESTER HOURS IN BASIC MATHEMATICS, 1 IN COMMUNICATIONS SYSTEMS OPERATION, 1 IN MEASUREMENTS AND INSTRUMENTATION, 1 IN MAP READING, AND 1 IN INTRODUCTION TO COMPUTER CONCEPTS (6/79).

---

**MILITARY OCCUPATIONAL SPECIALTY GROUP:** 13E (PRIMARY)

**ACE GUIDE NUMBER:**
MOS 13E-004

**TITLE:** CANNON FIRE DIRECTION SPECIALIST

**DESCRIPTION OF 13E30:**

USES GRAPHS, TABLES, CHARTS, AND MAPS FOR MANUAL COMPUTATION OF FIRING LOCATIONS, ANGLES, ALTITUDE CORRECTIONS, AND DISPLACEMENTS; CONSTRUCTS FIRING CHARTS; COMPUTES CORRECTIONS FOR METEOROLOGICAL, REGISTRATION, AND MUZZLE VELOCITY; USES COMPUTER TO MAKE FIRING DATA COMPUTATIONS; KNOWS AND CAN USE EITHER THE BATTERY COMPUTER SYSTEM (BCS) OR THE BACK-UP COMPUTER SYSTEM (BUCS) (MILITARY VERSION OF HEWLITT-PACKARD 71B (16K) COMPUTER); INSTALLS AND OPERATES FIELD TELEPHONES, DIGITAL MESSAGE SYSTEM, AND FM RADIO TRANSMITTER/RECEIVER; KNOWS AND USES MATHEMATICS CONCEPTS (INCLUDING SOME GEOMETRY AND TRIGONOMETRIC FUNCTIONS) FOR MANUAL COMPUTATIONS; OPERATES AND MAINTAINS VEHICLES, SECTION EQUIPMENT, AND GENERATORS; MAINTAINS SITUATION MAP, FIRE SUPPORT RECORDS, REPORTS, AND OVERLAYS; USES DATA FROM STANDARDIZED TABLES TO CALCULATE DATA FOR NONSTANDARD CONDITIONS.

---

**"The Federal Family Educational Rights and Privacy ACT (FERPA) Prohibits further release of this record without the written consent of the individual"**

**AARTS ID:** 2009-WO158797                    SSN:

**ACE CREDIT RECOMMENDATION FOR 13E30:**

IN THE LOWER-DIVISION BACCALAUREATE/ASSOCIATE DEGREE CATEGORY, 2 SEMESTER HOURS IN APPLIED
MATHEMATICS, 1 IN COMMUNICATIONS SYSTEM OPERATIONS, 2 IN MAP READING, 2 IN COMPUTER
OPERATIONS, 3 IN PRINCIPLES OF SUPERVISION, AND 2 IN COMMUNICATION SKILLS (6/89).

12

**MILITARY OCCUPATIONAL SPECIALTY GROUP:** 13E (DUTY)                    **ACE GUIDE NUMBER:**
**TITLE:**  CANNON FIRE DIRECTION SPECIALIST                            MOS 13E-003

**DESCRIPTION OF 13E10:**

USES GRAPHS, TABLES, AND MAPS FOR COMPUTING FIRING LOCATIONS, ANGLES, ALTITUDES, CORRECTIONS,
AND DISPLACEMENTS; CONSTRUCTS FIRING CHARTS; COMPUTES METEOROLOGICAL, REGISTRATION, AND MUZZLE
VELOCITY CORRECTIONS; OPERATES GUN DIRECTION COMPUTER (FADAC) OR CHRONOGRAPH; INSTALLS AND
OPERATES FIELD WIRE TELEPHONES AND SWITCHBOARDS; OPERATES AND MAINTAINS VEHICLES, SECTION
EQUIPMENT, AND GENERATORS; MAINTAINS SITUATION MAP, FIRE SUPPORT RECORDS, REPORTS, AND
OVERLAYS; USES OPTICAL INSTRUMENTS, MIL RELATION FORMULA, AND DATA FOR FIRING WEAPONS FROM
STANDARDIZED TABLES.

**ACE CREDIT RECOMMENDATION FOR 13E10:**

IN THE LOWER-DIVISION BACCALAUREATE/ASSOCIATE DEGREE CATEGORY, 2 SEMESTER HOURS IN BASIC
MATHEMATICS, 1 IN COMMUNICATIONS SYSTEMS OPERATION, 1 IN MEASUREMENTS AND INSTRUMENTATION, 1
IN MAP READING, AND 1 IN INTRODUCTION TO COMPUTER CONCEPTS (6/79).

**ADDITIONAL SKILL IDENTIFIERS:  NONE**
**SPECIAL QUALIFICATION IDENTIFIERS: NONE**

"The Federal Family Educational Rights and Privacy ACT (FERPA) Prohibits further release of
this record without the written consent of the individual"

## EXPLANATION OF RECORD

The Army/American Council on Education Registry Transcript System (AARTS) only contains information for Active Duty enlisted, Warrant Officers, and Commissioned Officers to include Regular Army, Army National Guard and US Army Reserves, and Veterans.

BASIC TRAINING DATE, when not reported to AARTS, is based on the Service Member's reported Basic Active Service Date (BASD). Since no exact start or end dates are known, the BASD, AS REPORTED TO AARTS, is displayed instead.

ALL information in the AARTS database comes directly from these official sources: the Army Personnel Command, National Guard Bureau, HRC-St. Louis, Army Training Requirements and Resources System (ATRRS), American College Testing (ACT) Program, Excelsior College Examination Program, and Educational Testing Service (ETS).

### TRANSCRIPT INQUIRIES

Please address transcript inaccuracy reports, inquiries, and requests to:

> MANAGER (RESEARCH)
> AARTS OPERATIONS CENTER
> 298 GRANT AVENUE
> FT LEAVENWORTH KS 66027-1254
>
> FAX: (913) 684-9499 or DSN 552-9499
> E-MAIL: LEAV-AARTS@conus.army.mil
> WEB PAGE: http://aarts.army.mil

### CREDIT RECOMMENDATIONS

Credit recommendations DO NOT include grades and are always listed in Semester Hours unless otherwise stated.

### CERTIFICATION

The American Council on Education (ACE) certifies all AARTS transcripts. The descriptions and college credit recommendations on the transcripts are extracted from the ACE "Guide to the Evaluation of Educational Experiences in the Armed Services." Individual courses and occupatons may be viewed by accessing the online version of the Guide at: www.militaryguides.acenet.edu.  Please address questions concerning the ACE descriptions, credit recommendations, or pending evaluations to:

> MILITARY EVALUATIONS DEPARTMENT
> THE CENTER FOR LIFELONG LEARNING
> AMERICAN COUNCIL ON EDUCATION
> ONE DUPONT CIRCLE NW SUITE 250
> WASHINGTON DC 20036-1193
> (202) 939-9470
> E-MAIL: mileval@acenet.nche.edu
> WEB PAGE: http://www.acenet.edu

### TERMINOLOGY

"INSTITUTIONAL COPY" designates an official transcript sent directly from the AARTS Operations Center to schools or employers.  Must have the college or employer name and address. An institutional copy will not be created with a personal address.
"PERSONAL COPY" designates a transcript for the individual's personal use/records. MOST COLLEGES WON'T ACCEPT  PERSONAL COPIES and can be printed off the web site at: http://aarts.army.mil.

### ACRONYMS AND DESCRIPTIONS

The Military Occupational Specialty (MOS) code encompasses both the specialty and the skill level held within an occupational group. For example: if the MOS code is 43E10, the specialty is contained in the 43E group (Parachute Rigger) and skill level (10) is the first level in that group.

The Special Qualification Identifier (SQI) designates a qualification such as Instructor (H) and Parachutist (P).

An Additional Skill Identifier (ASI) identifies specialized skills closely related to an MOS. For example, Master Fitness Trainer (P5) and Special Forces Military Free Fall Operations (W8).

The Skill Qualification Test (SQT) and Self-Development Test (SDT) measure proficiency in the primary MOS; the Army's passing score is 60 for the SQT and 70 for the SDT. These tests were not administered for secondary or duty MOS's. As of February 1995, MOS skill qualification tests were discontinued. Refer to the ACE Guide, Volume 2, for additional information.



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO  PRIVATE FIRST CLASS JOHN M. NASSIF ▮▮▮▮▮▮

FOR meritorious service while performing the duties of Section Chief in a Fire Direction Center with "C" Battery, Seventh Battalion, Ninth Field Artillery during annual training 1986. He performed the duties of a soldier of a much higher rank with diligence and loyalty. His expertise in the computation of firing data while directing others in the same warrants exceptional merit. Private First Class Nassif was instrumental in the Fire Direction Center completing its mission in a superior manner. His devotion to duty and personal committment to excellence reflect great credit upon himself, his unit and the UNITED STATES ARMY RESERVE.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS  NINTEENTH   DAY OF  APRIL      1986

THOMAS C. TOMLINSON
MAJ(P), FA, USAR
Commanding

John O. Marsh, Jr.
SECRETARY OF THE ARMY



# CERTIFICATE OF PROMOTION
### To all Who Shall See These Presents, Greeting:

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of*

JOHN M. NASSIFF, ▆▆▆▆▆▆

*I do promote       to*  SERGEANT E-5                                    *in the*

# UNITED STATES ARMY

*to rank as such from the*   Twentieth      *day of*   April

*nineteen hundred and*   Eighty Seven

You will discharge carefully and diligently the duties of the grade to which promoted and uphold the traditions and standards of the Army.

Soldiers of lesser rank are required to obey your lawful orders. Accordingly you accept responsibility for their actions. As a noncommissioned officer you are charged to observe and follow the orders and directions given by superiors acting according to the laws, articles and rules governing the discipline of the Army, and to correct conditions detrimental to the readiness thereof. In so doing, you fulfill your greatest obligation as a leader and thereby confirm your status as a Noncommissioned Officer in the United States Army.

THOMAS C. TOMLINSON
MAJ, FA, USAR
Commanding



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO  SPECIALIST FOURTH CLASS JOHN MARON NASSIF, ▮▮▮▮▮▮▮

FOR distinguishing himself by outstanding performance of duty as Fire
Direction Center Section Chief, Battery C 7th Battalion 9th Field
Artillery, Annual Training 1987.  Specialist Nassif displayed
exceptional dedication and outstanding performance during the
Battery Field Exercise in which he was recognized for his individua
efforts and determination to accomplish the mission of delivering 8
inch artillery fire on target.  Specialist Nassif continues in keep
with the highest traditions of military service and reflects great
credit upon himself, this unit and the United States Army Reserve.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS  Sixth      DAY OF    June       19  87

THOMAS C. TOMLINSON
MAJ, FA, USAR
Commanding

JOHN O. MARSH, Jr.
SECRETARY OF THE ARMY

DRM #882 IE  AUG 81

PERMANENT ORDERS 1-23                                        20 Jul 1988

SERGEANT JOHN MARION NASSIF

███████████

C BTRY 7TH BN,9TH FA

███████████  FLORIDA 32741

Announcement is made of the following award,

Award:  Army Achievement Medal
Date(s) or period of service:  9 Jul 88 - 23 Jul 88
Authority:  par 2-22 Ar 675-2-1
Reason: Meritorious Service
Format 320

                         GEORGE W.S READ
                         MAJ, FA, USAR
                         Commanding

DISTRIBUTION:
1 - 201 File
1 - Record File
1 - Ref File
1 - HHB 7/9 FA
2 - Individual



# DEPARTMENT OF THE ARMY

### THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO
STAFF SERGEANT JOHN M. NASSIF
BATTERY C, 7TH BATTALION 9TH FIELD ARTILLERY USAR

FOR
MERITORIOUS SERVICE WHILE SERVING AS FIRE DIRECTION CENTER CHIEF FROM 1
JUNE 1990 THROUGH 22 AUGUST 1992. YOUR EFFORTS REFLECT GREAT CREDIT UPON
YOURSELF AND THE UNITED STATES ARMY.

FROM:  1 JUNE 1990 to 22 AUGUST 1992

### GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
**THIS**   11th   DAY OF January   1993

Commander, 209th FA Bde NYARNG
ROCHESTER, New York
PERMANENT ORDER 1-10

SECRETARY OF THE ARMY

DA FORM 4980-14, APR 81

**B-9**



## TO ALL FIELD ARTILLERYMEN WHEREVER YE MAY BE

*Greetings!   Know ye that there appeared before a most orderly and selective committee composed of highly esteemed and proven Field Artillerymen a likely candidate for*

# The Honorable Order of Saint Barbara

*BE IT REMEMBERED:   That the hereinafter mentioned individual has been inspected and passed on by Ourself and Our Loyal Staff and*

*BE IT KNOWN:   By all ye Field Artillerymen who may be honored by this individual's presence that:*



### STAFF SERGEANT
### JOHN M. NASSIF



*having been tried and found worthy to be numbered as one of our trusty members, has been gathered to our fold and duly initiated into the solemn mysteries of this traditional brotherhood of Stonehurlers, Archers, Catapulters, Rocketeers, and Gunners.*

*BE IT FURTHER UNDERSTOOD:   That we hereby confer upon this individual the shield of Saint Barbara emblazoned above and enjoin all Field Artillerymen henceforth to show due honor and respect whenever this individual may enter their midst.*

*Given under our hand*

*this*

*6th          day of     August*

*1995*

c

Mr. Nassif Basic training, 1984



c

Mr. Nassif and his entire section of soldiers he was leading in their foxhole during a field training exercise, 1993



C

Mr. Nassif and his lieutenant during a field training exercise, 1995



Mr. Nassif and SFC Jones along with the rest of the leadership, 1991



c

Mr. Nassif with his fellow soldiers, 1990

