IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CASE NO. 1:21-CR-00421-JDB

JOHN MARON NASSIF,

DEFENDANT.

_____

AMENDED SENTENCING EXHIBITS FOR DEFENDANT

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 1 | Defendant's Trial Exhibit 18<br><br>*7029 USCS 02 Rotunda Door Interior-2021-01-06_15h09min00s000ms.mp4* | | | |
| 2 | Defendant's Trial Exhibit 20<br><br>*0686 USCH 02 Rotunda Door Interior-2021-01-06_15h09min00s000ms.mp4* | | | |
| 3 | Government's Trial Exhibit 501 | | | |
| 4 | Government's Trial Exhibit 503 | | | |
| 5 | Full video of Government's Trial Exhibit 503<br><br>*13RAW_FOOTAGE_Wild_Protest_.mpeg4* | | | |
| 6 | MPD Body Cam Video<br><br>*20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE.mp4* (recorded on 1/6/2021 at 14:48) | | | |
| 7 | Clip from TruNews Video (from 41:05 to 41:42)<br><br>14 15_15_EW_Driver_Goggles_D.mp4 | | | |
| 8 | Chart of sentenced January 6 cases where 18 § U.S.C. 1752(a) (2) was most serious charge. | | | |

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

*/s/ James T. Skuthan*
James T. Skuthan, Esq.
First Assistant Federal Defender
Florida Bar No. 0544124
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: jim_skuthan@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, I electronically filed the foregoing via this Court's CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ James T. Skuthan*
James T. Skuthan, Esq.
Attorney for Defendant